# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**JESSIE EARL HILL**                                                                                          **PETITIONER**

v.                                    **5:09CV00050-WRW-HDY**

**LARRY NORRIS, Director of the**
**Arkansas Department of Corrections**                                                       **RESPONDENT**

## ORDER

Pending are Respondent's Motion to Dismiss (Doc. No. 11), Proposed Findings and Recommendations from Magistrate Judge H. David Young (Doc. No. 13), and Petitioner's Motion to Dismiss (Doc. No. 15).

Petitioner's Motion to Dismiss is GRANTED, but the certificate of appealability sought by Petitioner in his motion is DENIED. Therefore, Respondent's Motion to Dismiss and Proposed Findings and Recommendations are MOOT.

IT IS SO ORDERED this 18th day of May, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE